**Motion Denied; Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 8, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00984-CV
_____

## IN RE PATRICIA C. DAVIS, Relator

_____

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 3**
**Harris County**
**Trial Court Cause No. 411,070**

_____

## MEMORANDUM OPINION

On October 29, 2012, relator, Patricia C. Davis filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Rory R. Olsen, presiding judge of the Probate Court No. 3 of Harris County to grant her motion to transfer the underlying suit to Leon County. The real party in interest, Barbara Youngblood, filed a response and a motion for

sanctions on the grounds the petition was not filed in good faith. Davis filed a reply in support of her petition and a response to the motion for sanctions.

The motion for sanctions is denied. Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. See Tex. R. App. P. 52.8(a). The stay order issued by this Court on November 1, 2012, in trial court cause number 411,070, styled *Estate of Odie Turner, Deceased*, is lifted.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.

2